ARTHUR A. ANDREWS, Appellant, *v.* JOSEPH J. KELLY et al., Constituting the Board of Police Pensions of the City of Buffalo, et al., Respondents.

Argued June 12, 1945; decided July 19, 1945.

The following question was certified:

" Did this Court err, as matter of law, in making its order of December 29, 1944?"

*George E. Phillies* for appellant.

*Andrew P. Ronan, Corporation Counsel (Fred C. Maloney* and *John E. Livermore* of counsel), for respondents.

Order affirmed, without costs. Question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.